United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN RITZMA, ) | CIVIL NO.  C05-1609JCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR EXTENSION OF TIME TO |
| JO ANNE B. BARNHART, ) | FILE PLAINTIFF'S REPLY BRIEF |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

　　　　Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

　　　　ORDERED that Plaintiff's Reply Brief shall be filed on or before March 7, 2006.

　　　　DATED this  15th  day of  February, 2006.

　　　　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:


S/Amy Gilbrough
Amy Gilbrough
Attorney for Plaintiff


| | |
|---|---|
| STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF- [C05-1609JCC] - 1 | Elie Halpern & Associates, P.S.<br>1800 Cooper Point Road SW, Bldg. 19<br>Olympia, WA 98502<br>(360) 753-8055 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055